# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1585

_____

Vincent Frank Gulotta, Jr.

*Plaintiff - Appellant*

Nancy E. Gulotta

*Plaintiff*

v.

Bank of America, N.A.; Federal National Mortgage Association

*Defendants - Appellees*

Millsap & Singer, P.C.

*Defendant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 8, 2014
Filed: October 10, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Vincent Gulotta appeals following the district court's[1] dismissal of his action as barred by judicial estoppel. Following careful review of the record and those arguments of the parties on appeal that are properly before us, we conclude that, for the reasons explained in the district court's order, the court did not abuse its discretion in dismissing the action. See Stallings v. Hussmann Corp., 447 F.3d 1041, 1046 (8th Cir. 2006) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.